AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

James Riley

Plaintiff

V.

Thomas Carroll, et Al.,

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:    05 - 8 7 8 -

I, _____James Riley_____ declare that I am the (check appropriate box)
☑ **Petitioner/Plaintiff/Movant**   ☐ **Other** in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

FILED

DEC 1 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.   Are you currently incarcerated? ☑ Yes ☐ No  (If "No" go to Question 2)

If "YES" state the place of your incarceration
Delaware Correctional Center
Are you employed at the institution?   ☐ Yes ☑ No

Do you receive any payment from the institution?   ☐ Yes ☑ No

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the*
*institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger*
*sheets are not required for cases filed pursuant to 28:USC §2254.*

2.   Are you currently employed? ☐ Yes ☑ No

a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and
give the name and address of your employer.      N\A

b. If the answer is "NO" state the date of your last employment, the amount of your take-home
salary or wages and pay period and the name and address of your last employer.
                                                    N\A

3.   In the past 12 twelve months have you received any money from any of the following sources?

|   |   |   |   |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other sources | ☐ Yes | ☑ No |

If the answer to any of the above is "YES" describe each source of money and state the amount
received *AND* what you expect you will continue to receive.      N\A

4.  Do you have any cash or checking or savings accounts?    ☐ Yes ☑ No

If "Yes" state the total amount  $ _____ N\A

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                    ☐ Yes ☑ No

If "Yes" describe the property and state its value.

N\A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

N\A

I declare under penalty of perjury that the above information is true and correct.

Date: 11\29\05          Signature of Applicant _James Riley_____

## CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _(−14.87)_ on account his/her credit at (name

of institution) ___Delaware Correctional Center___ .

I further certify that the applicant has the following securities to his/her credit: ___Medical hold of~~~~ $ 14.52___ .

I further certify that during the past six months the applicant's average monthly balance was $ _(−14.87)_

and the average monthly deposits were $ _0_

___12/7/05___

Date

___Stacy Shane___

Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*



RECEIVED-D.C.C.

DEC 0 7 2005

SUPPORT SERVICES MANAGER