

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN I**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

## MEMORANDUM

TO: IM James Riley SBI# 169716 MHU 21 BL5B

FROM: David Pierce, Deputy Warden I

DATE: July 5, 2005

RE: Housing Status

    I received your letter dated June 19, 2005, regarding your current housing status. According to reports you were moved for a good reason. I disagree with your assertions regarding racism and unfair treatment based upon the evidence taken from your property during a search.

DP/dc
Attachment
cc:    File

Ex. A

Ex. A-1

MHU 21
BL51B

Fr: James W. Riley #169216
MHU Section of SHU
B-Tier, Cell L-5

RECEIVED
JUN 21 2005
DEPUTY WARDEN I

To: Deputy Warden Pierce
Del. Corr. Center

June 14, 2005

Re: Unfair transfer on June 10, 2005

Dear Warden Pierce,

This is to inform you that I have been subjected to continuing racial discrimination and unfair treatment since I have been exonerated of the death penalty by a court of law and now certain prison officials have tooken substantial steps to keep me lock down in the MHU and SHU.

Just recently, for no apparent reason, a Captain Kramer ordered Serg. Trader and Lt. Watkins to move me from the MHU to the SHU section in MHU for some unknown investigation. No one will explain the reason why I was moved. I have no write ups and I haven't done anything wrong to justify the drastic disciplinary action tooken against me.

In the process of the move all my personal and legal properties were confiscated. I don't even have any shoes to wear! Also since I have a pending criminal appeal in the U.S District Court and I am currently representing myself, it is imperative that I have full access to my legal file.

Warden Pierce I am taken you to be a man of great integrity and fairness. So I hope you don't condone the racism perpetuated against me by other prison officials or support the bogus justification used to transfer me to the SHU section of MHU premised upon pretense of an on going investigation. I have certain procedural due process rights under the Corrections Code of Penal Discipline for prohibited conduct. Captain Kramer's investigation cannot produce any conduct that I engaged in that violate the disciplinary code.

I will appreciate if you will contact Captain Kramer to see why I was moved, and if no one can justify the action taking against me then have me moved back to my existing or previous status on C-Tier in Bldg 23 of the MHU. Thank you!

James Riley