*Copy*

Fr: James W. Riley #169716
MHu. Bldg. 21, B-L-5

To: Deputy Warden Pierce
   D.C.C

(No Answer)

Da: July 11, 2005

Re: Your Letter OF July 5, 2005
   rely on wrong Facts of matter

Dear Sir,

Thanks For writing back! I received your letter dated July 5, 2005 in response to my letter OF June 19, 2005.

You indicated in your letter that .... [A]ccording to reports I was moved For a good reason"..."based upon the evidence taken From my property during a search".

Sir, I was not moved because of the allege items confiscated during the search. A matter OF Fact I was Found not guilty OF all the major infractions because there was no evidence to support those bogus charges. I was Found guilty of two (2) minor infractions, Failing to obey an order and possession OF non-dangerous contraband. Such minor infractions does not warrant a punitive transfer to disciplinary segregation'.'

For your information I was moved base upon a bogus anonymous letter Forged by Stg. Trader and c/o Drace who manufactured

Ex. B                    Ex. B-1

Fraudulent Allegations that I made threats to physically assault c/o Drace. Because of these False Allegations I was moved and in the process of inventorying my property I was written-up For the items you mention in your letter.

Again I was moved For the bogus incriminating letter pending an investigation by Internal AFFairs. But Internal AFFairs Filed a memo stating that there is no cause For an investigation.

I never received a write-up For the allege False threats against c/o Drace which is the initial incident resulting in the search of my cell and transfer to Bldg. 21 SHU section of the MHU. (See attached hereto Letter To Adjustment Board Appeal OFFicer Anthony J. Rendina which explain in detail the oFFicial misconduct committed in this incident).

Thus c/o Drace has a very lengthy disciplinary File and over a 100 or more grievances Filed against him From other inmates oF similar complaints alleged herein.

Please reconsider your decision oF July 5, 2005 regarding my housing status.

Thank you!

James Riley

Ex. B-2