INTERNAL AFFAIRS UNIT

June 23, 2005

## MEMORANDUM

TO: I/M James Riley
SBI #00016976
DCC

FROM: Jack Sines, Acting Director
Internal Affairs Unit

SUBJECT: Your Letter of Complaint

........................................................................................................

    I have reviewed the circumstances of your request. At this time, I find no cause for an Internal Affairs investigation.

You letter is being forwarded to Institution Manager, Ron Drake and he will contact you regarding your letter of complaint.

JNS:cmd
IA CASE FILE #M05-023
Cc: Ron Drake, Institution Management, DCC
    File

Ex. C