~~Copy~~

From: James W. Riley

Delaware Correctional Center

1181 Paddock Rd., MHU, Bldg. 21

Smyrna, Delaware 19977

(Mailed To:
245 mckee Rd.
Dover , Del. 1990∮)

To: Anthony J. Rendina

Director of Special Programs

Department of Corrections

Smyrna, Delaware 19977

(NO ANSWER)

July 8, 2005

Re: Appeal of Misconduct In
      The Disciplinary Process

Dear Mr. Rendina,

   I Am writing you regarding a very serious matter of misconduct of several correctional officers' misuse of the disciplinary procedures to keep me unfairly confined in disciplinary segregation.

   On June 17, 2005 at time I was housed in cell upper 6 on C-Tier of Building 23 of the MHU. At that time Sgt. Michael Trader and C/o Todd Drace falsified a bogus letter claiming that an anonymous person stated that they overheard me threatening to physically assault C/o Drace. (See Anonymous Letter refered to in disciplinary report # 1023520 as incident report # 1023511 prepared by Sgt. Trader Disciplinary Record # 1018535).

   As a direct result of this incriminating bogus letter I was immediately transferred to the SHU

Ex. "E"                                    Ex. E-1

sections of MHU building 21 where I currently remain confined.

At the time of my transfer Sgt. Trader and c/o Drace confiscated all my personal property at which time I was written-up for Class-1 disciplinary action consisting of various minor and major infractions. (See Disciplinary Report #1623520, DR# 1018535).

On June 29, 2005 I was given a disciplinary hearing by Lt. Larry Savage. After being advised by Lt. Savage that if I refused to plead guilty to various infractions and accept a ten (10) days LOAP Sanction, otherwise he will impose the maximum sanction of up to thirty (30) days LOAP Sanctions. (see Disciplinary Hearing Decision June 29, 2005 DR# 1018535).

On July 1, 2005 the Unit Lieutenant at the time of the incident and who conducted the preliminary hearing on disciplinary report #1023520, Lt. James C. Watkins, came to my cell (MHU, Bldg. 21 B-L-5) and asked me did I have a hearing on the write-up, at which time I stated - yes; that I plead guilty for a reduced sanction. Lt. Watkins then stated that the actions of hearing officer Lt. Savage was improper because he (LT. Watkins) never turned over the alleged evidence in with the disciplinary report. Lt. Watkins said he still had this evidence in his office. And the

Ex. E-2

purpose for interviewing me was to re-do the preliminary hearing over again to submit the False evidence to the disciplinary office.

At the time of the hearing I even asked LT. Savage about the evidence and he said he will dismiss some of the infractions because there was no evidence to support them. But he found me guilty on the remaining infractions because he said the evidence supported such rationale.

The actions of hearing officer LT. Savage was improper and in violation of the Corrections' Code of Penal Discipline (CPD).

You can contact LT. Watkins and he will verify this complaint and appeal to have the charges dismissed.

Also I appeal the misconduct of Sgt. Trader and C/o Drace in abusing the disciplinary process by manufacturing false incident reports and false evidence in the form of a fraudulent anonymous letter regarding threates made against C/o Drace. (See Fraudulent letter referred to in Disciplinary Report #1023520 written by Stg. Trader).

The actions of these officials are totally unethical and due to this official misconduct I am being unfairly Administratively segregated in the SHU section of MHU building 21 pending an

Ex. E-3

investigation by Internal Affairs into the bogus anonymous letter. However I wrote Internal Affairs (I.A) about this matter and on June 23, 2005 I.A. Director Jack Sines Filed a Memorandum stating that he ..."Find No cause For an A.I investigation". (See I.A case File # M05-023).

   Thus to this date I have not received a write-up For the False accusations made against me in this bogus letter which is the initial incident resulting in my Administrative transfer to building 21 SHU STATUS where I continue to be punish absent due process of the CPD For minor and major rule infraction.

   Please investigate these matters and contact the appropriate officials at the Classification Department and the Warden Office to have me immediately moved out of lock down STATUS and back to my original status. And lastly, I ask That you have my records expunged of these False disciplinary reports. File a directive to the Commissioner to have the officials involved in these incidents disciplined For their misconduct which violate the officers' Code of Ethics.

   Wherefore Forward me a Memo stating that the above request For relief has been taken.



James W. Riley

Ex. E-4