

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN I**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

MEMORANDUM

TO:      IM James Riley SBI# 169716 MHU 21 BL5B

FROM:    David Pierce, Deputy Warden I

DATE:    July 22, 2005

RE:      Treatment

    I received your letter date July 9, 2005; I am forwarding your letter to the new Health Services Administrator Malaney regarding your footwear concerns. Please note that the housing rules were recently revised, and also be aware that I do not direct medical care concerns.

    I am also forwarding you a copy of my response to your previous letter you apparently never received. I find your attitude towards authority troubling. I suggest you participate in the available programs here to assist you in your personal development.

DP/dc
Attachment
cc:    Security Superintendent Holman
        Counselor Forbes
        File

Ex. F                                           Ex. F-1

MHU21 BL5B

From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: David Pierce
Deputy Warden I
Delaware Correctional Ctr.
Smyrna, Delaware 19977

July 9, 2005

Re: Discriminatory Treatment/Racism

Dear Warden Pierce,

You never responded to my June 19, 2005 letter of complain discriminatory and unfair treatment by certain prison officials because I was lawfully exonerated of the death sentence.

As I explained to you in my June 19, 2005 letter a Sgt. Trader and c/o Drace who work in building 23 of the MHU falsified a bogus anonymous letter that indicated that I intended to physically assault c/o Drace.

Due to this false evidence I was immediately transferred to the SHU section of building 21 in the MHU where I remain confined without just cause. I was never given a write-up for this incident or afforded the due process of the Corrections Code of Penal Discipline.

Ex. F-2

Also on May 7, 2005 I wrote you a letter regarding the denial of medical footwear that was prescribed per orders of the doctor several times in the past year and a half. On May 19, 2005 you sent a Memorandum to Health Services Administrator Ms. Munson to investigate the matter. Subsequently Ms. Munson sent the Medical Grievance Personnel Nurse Kim to obtain the necessary information to order the footwear but gave me a choice between sneakers or boots. Although according to institutional rules an inmate is entitled to at least one pair of sneakers and boots a year.

However I still have not received the medical footwear which were ordered on four different occasions over the past two years. This indicate the possible theft of footwear orders by someone in medical and there should be an Internal Affairs investigation of this incident.

You must inform Ms. Munson that I am entitled to both sneakers and boots once a year and that she shall provide them immediately per your orders!

The discriminatory misconduct directed towards me is so obvious and if you have not succumb to this unethical conduct prevalent among

Ex. F-3

the administration then I trust that you will take immediate action to resolve these matters involving my unfair treatment.

Thank You!

James W. Riley
MHU, Bldg. 21
B-Tier, Cell L-5
SBI # 169716

Ex. F-4