To: Clerk of the Court
U.S. District Court of Dela.

Enclosed is Ten (10) copies and the originals of Mr. Riley's Civil Complaint and First Set of Interrogatories to Defendant Warden Carroll.

Prison officials refuse provide the necessary U.S Marshal Forms for service of Complaint and interrogatories upon defendants until This court issue an Order verifying docketing of the complaint.

Therefore upon receiving This complaint the Clerk Office must send a Notice to Mr. Riley for the U.S Marshal Forms.

Thank You!

James Riley
Plaintiff

Date: Dec. 13, 2005

RECEIVED DEC 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE