ORIGINAL

In The United States District Court
For The District Of Delaware

James Riley,
    Plaintiff,

vs.

Thomas Carroll, et al.,
    Defendants

C.A. No# 05-878

FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

First Set Of Interrogatories
To Defendant Warden Carroll

Now comes the plaintiff James Riley pursuant to Rule 33 of the FRCP herein below submit the following interrogatories to the defendant Warden Carroll:

1. Do the Delaware Correctional Center (DCC) have Classification procedures for periodic review of inmates' status confined in Administrative and disciplinary segregation of the Security Housing Unit (SHU) and the Maximum Housing Unit (MHU)?

2. If the answer to question #1 is yes, then how frequent is an inmate status reviewed?

3. Did DCC recently adopt a new policy in 2005 of this year which extended periodic reviews of inmates' segregated status in the SHU from every 90-days to every 365-days? If so, please state date and time such policy was

created and the names of the officials responsible for its promulgation. Attach a copy of this new policy and other procedures relating to periodic reviews.

4. State what reason Mr. Riley was initially moved to segregation status in the SHU section of building 21 of the MHU on June 17, 2005?

5. Why is Mr. Riley being indefinitely segregated in SHU status and denied reclassification to the MHU or to the general prison population? (This question shall be answered after considering the contents of Mr. Riley's classification appeal dated October 11, 2005 which is attached to Mr. Riley's Civil Complaint as Exhibit G-1 thru G-5).

6. Who are the members of the Institutional Base Classification Committee (IBCC) that made the final decisions dated July 12, 2005 and September 27, 2005 to initially classify and continue Mr. Riley's classification or segregation to the SHU? (See IBCC's decisions attached to Mr. Riley's Civil Complaint as Exhibits D-4 and G-5). Note: These decisions states no rationale for the IBCC's justification for segregating Mr. Riley as required on the standard forms.

DA.: November 27, 2005

James Riley, pro se
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977