IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES RILEY,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  ) Civil Action No. 05-878-GMS
                                          )
THOMAS CARROLL, DAVID PIERCE,             )
ANTHONY RENDINA, CAPTIAN MCCREA,          )
JAMES WATKINS, MICHAEL TRADER,            )
TODD DRACE, MEMBERS OF THE                )
INSTITUTIONAL BASE                        )
CLASSIFICATION COMMITTEE,                 )
                                          )
            Defendants.                   )

**AUTHORIZATION**

FILED
JAN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, James Riley, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 3, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.

This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____January 5_____, 200_6_

_____
Signature of Plaintiff

I/M James Riley
SBI# 169716 UNIT MHU Bldg 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington, Dela.
19801

$00.39
JAN 12 2006
MAILED FROM ZIP CODE 19977