

## Affidavit accompanying Motion for
## Permission to Appeal In Forma Pauperis

United States District Court for the District of Delaware

|   |   |
|---|---|
| v. | D.C. Case No. 05-878- GMS |
|    | Third Cir. No. _____ |

---

**Affidavit In Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: *James Riley*

**Instructions**

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

Date: April 9, 2006

---

My issues on Appeal are:

1. Prison Officials Filed False misconduct charges Against Mr. Riley;

2. Prison Officials transferred Mr. Riley to disciplinary Segregation without First providing him with A WOlFF due process hearing pending an investigation into False Accusations;

3. Prison Officials investigation is being used as a pretext to keep Mr. Riley in Segregation.

4. Mr. Riley's 14th Amendment right Are continuing to be Violated by prison OFFicials' unconstitutional Segregation without A WOlFF due process hearing;

5. The district Court erred in Summary dismissing Mr. Riley's complaint by incorrectly Applying the law to the Facts of this case.

1

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ N/A | $ N/A |
| Self-Employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interest and Dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |
| Public Assistance (such as welfare) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly income** | $ N/A | $ N/A |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N\A | N\A | N\A | N\A |
| N\A | N\A | N\A | N\A |
| N\A | N\A | N\A | N\A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N\A | N\A | N\A | N\A |
| N\A | N\A | N\A | N\A |
| N\A | N\A | N\A | N\A |

4. How much cash do you and your spouse have? $ N\A

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N\A | N\A | $ N\A | $ N\A |
| N\A | N\A | $ N\A | $ N\A |
| N\A | N\A | $ N\A | $ N\A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

3

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

**Home**                (Value)

N | A

**Other real estate** (Value)

N | A

**Motor Vehicle # 1** (Value)

N | A

Make & year: _N | A_

Model: _N | A_

Registration # : _N | A_

**Motor Vehicle # 2** (Value)

Make & year: _N | A_

Model: _N | A_

Registration # : _N | A_

**Other assets** (Value)

N | A

**Other assets** (Value)

N | A

6. State every person, business or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money

N | A

Amount owed to you

N | A

Amount owed to your spouse

N | A

7. State the persons who rely on you or your spouse for support.

**Name**

N | A

**Relationship**

N | A

**Age**

N | A

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) | $ N\|A | $ N\|A |
| Are real estate taxed included? • yes • no Is property insurance included? • yes • no | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N\|A | $ N\|A |
| Home maintenance (repairs and upkeep) | $ N\|A | $ N\|A |
| Food | $ N\|A | $ N\|A |
| Clothing | $ N\|A | $ N\|A |
| Laundry and dry-cleaning | $ N\|A | $ N\|A |
| Medical and dental expenses | $ N\|A | $ N\|A |
| Transportation (not including motor vehicle payments) | $ N\|A | $ N\|A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N\|A | $ N\|A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N\|A | $ N\|A |
| Homeowners or renters | $ N\|A | $ N\|A |
| Life | $ N\|A | $ N\|A |
| Health | $ N\|A | $ N\|A |
| Motor Vehicle | $ N\|A | $ N\|A |
| Other: _____ | $ N\|A | $ N\|A |
| Taxes (not deducted from wages or included in mortgage payments)(specify): N\|A _____ N\|A | $ N\|A | $ N\|A |

5

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ N/A | $ N/A |
| Credit Card (name): N/A N/A | $ N/A | $ N/A |
| Department Store (name): N/A | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

• Yes    (No)    If yes, describe on an attached sheet.

10. Have you paid N/A Or will you be paying N/A an attorney any money for services in connection with this case, including the completion of this form?

• Yes    (No)    If yes, how much? $ N/A

If yes state the attorney's name, address and telephone number:

N/A

N/A

N/A

6

11. Have you paid N|A Or will you be paying N|A anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

· Yes    (No)    If yes, how much? $ N|A

If yes state the person's name, address and telephone number:

N|A

N|A

N|A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I Am incarcerated And currently owe the prison over $2,000 iN A Legal photocopying debt I caN Never pAy.

13. State the address of your legal residence.

Delaware Correctional Center
1181 Paddock Rd., Smyrna, Del. 19977

Your daytime telephone number: (___) _____

Your age: 45    Your years of Schooling: 10th grade

Your social security number: 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

Rev: 3-23-99

7

## CERTIFICATE

(Incarcerated applicants only)

_(To be completed by the institution of incarceration)_

I certify that the applicant named herein has the sum of $ _(14.87)_ on account his/her credit at (name

of institution) _Delaware Correctional Center_.

I further certify that the applicant has the following securities to his/her credit:
_(151.43)_

I further certify that during the past six months the applicant's average monthly balance was $ _(14.87)_

and the average monthly deposits were $ _0_

_4/6/06_
Date

_Stacey Shane_
Signature of Authorized Officer

_(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER
SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS
ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)_

RECEIVED-D.C.C.

APR 0 6 2006

SUPPORT SERVICES MANAGER

# _DELAWARE CORRECTIONAL CENTER_
## _SUPPORT SERVICES OFFICE_
## _MEMORANDUM_

TO:  _Janey Tilly_   SBI#: _169716_

FROM:  Stacy Shane, Support Services Secretary

RE:  **6 Months Account Statement**

DATE:  _April 6, 2006_

_____

Attached are copies of your inmate account statement for the months of
_October 1, 2005_  to  _March 31, 2006_.

_The following indicates the average daily balances._

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Oct | (-14.87) |
| Nov | (-14.87) |
| Dic | (-14.87) |
| Jan | (-14.87) |
| Feb | (-14.87) |
| march | (-14.87) |

Average daily balances/6 months: _(-14.87)_

Attachments
CC:  File

_Stacy Shane_
4/6/06

_My Commission expires_
_6-17-2006_

# Individual Statement

Date Printed: 4/6/2006

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |

Current Location: 21    Comments: QOL4

MO # or ($14.87)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/5/2005 | $0.00 | $0.00 | ($3.97) | ($14.87) | 166751 | | 1/5/05 | |
| Supplies-MailP | 10/5/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 166828 | | 2/2/05 | |
| Supplies-MailP | 10/5/2005 | $0.00 | $0.00 | ($3.73) | ($14.87) | 167075 | | 3/7/05 | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($1.29) | ($14.87) | 167744 | | DST/POSTAGE | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($3.73) | ($14.87) | 170467 | | 6/6/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 170514 | | 7/4/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 170670 | | 8/1/05 | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($0.65) | ($14.87) | 171480 | | DST/POSTAGE | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($1.52) | ($14.87) | 171481 | | DST/POSTAGE | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($3.95) | ($14.87) | 171483 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 171900 | | 9/12/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.12) | ($14.87) | 172094 | | 6/27/05 | |

Ending Mth Balance:    ($14.87)

Total Amount Currently on Medical Hold: ($8.00)

Total Amount Currently on Non-Medical Hold: ($143.43)

Date Printed: 4/6/2006

# Individual Statement

## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |
| Current Location: | 21 | Comments: QOL4 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/4/2005 | $0.00 | $0.00 | ($3.41) | ($14.87) | 180161 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | ($14.87) | 182822 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | ($14.87) | 182823 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.60) | ($14.87) | 182832 | | 10/11/05 | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.81) | ($14.87) | 186211 | | 11/8/05 | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($8.00)

Total Amount Currently on Non-Medical Hold: ($143.43)

# Individual Statement

Date Printed: 4/6/2006

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |

Current Location:   21                Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 196068 | | 12/6/05 | |

Ending Mth Balance:    ($14.87)

Total Amount Currently on Medical Hold:  ($8.00)

Total Amount Currently on Non-Medical Hold: ($143.43)

# Individual Statement

Date Printed: 4/6/2006

## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | | |

Current Location:   21        Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/6/2006 | $0.00 | $0.00 | ($0.60) | ($14.87) | 205488 | | 12/28/05 | |
| Supplies-MailP | 1/6/2006 | $0.00 | $0.00 | ($0.60) | ($14.87) | 205489 | | 12/28/05 | |
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($3.57) | ($14.87) | 209101 | | 1/2/06 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($2.44) | ($14.87) | 210616 | | 12/21/05 | |
| Supplies-MailP | 1/19/2006 | $0.00 | $0.00 | ($0.39) | ($14.87) | 211249 | | 1/5/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.60) | ($14.87) | 214055 | | 11/9/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.63) | ($14.87) | 214164 | | 1/21/06 | |

Ending Mth Balance:    ($14.87)

Total Amount Currently on Medical Hold:  ($8.00)

Total Amount Currently on Non-Medical Hold:  ($143.43)

Date Printed: 4/6/2006

# Individual Statement

## For Month of February 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/3/2006 | $0.00 | $0.00 | ($0.39) | ($14.87) | 218286 | | 1/20/06 | |
| Medical | 2/3/2006 | $0.00 | ($4.00) | $0.00 | ($14.87) | 218421 | | 1/10/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.63) | ($14.87) | 220431 | | 1/12/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($3.65) | ($14.87) | 220556 | | INDIGENT 1/30/06 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($8.05) | ($14.87) | 221645 | | 12/13/05 | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($8.00)

Total Amount Currently on Non-Medical Hold: ($143.43)

## Individual Statement

Date Printed: 4/6/2006

### For Month of March 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |

Current Location: 21          Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($1.83) | ($14.87) | 237471 | | 3/12/06 | |
| Supplies-MailP | 3/22/2006 | $0.00 | $0.00 | ($3.65) | ($14.87) | 239830 | | INDIGENT 3/13/06 | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($8.00)

Total Amount Currently on Non-Medical Hold: ($143.43)



$01.11⁰
APR 10 2006
MAILED FROM ZIP CODE 19977

I/M James Riley

SBI# 169116  UNIT MHU Bldg.21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office OF The Clerk

U.S. Court OF Appeals

21400 U.S. Court House

601 Market Street

Phila., Pa. 19106 - 1790