In The United States District Court
For The District of Delaware

James Riley,
    Plaintiff,

v.

Thomas Carroll, et al.,
    Defendants.

Civ. No. 05-878-GMS

3rd Cir Ct. No. 06-2667

FILED
JUN -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Amended Notice Of Appeal

Notice is hereby given that after the Third Circuit Court of Appeals docketed Appellant James W. Riley original Notice of Appeal on May 18, 2006 as captioned above, the district court issued a Memorandum and Final Order dated May 19, 2006 denying Appellant Riley's inadvertent motion for reconsideration of its original Memorandum and Order dated March 30, 2006.

Thus Notice is given that Appellant James Riley Amend to give Further Notice that he Appeal the district court's May 19, 2006 Memorandum and Order to the Third Circuit Court of Appeals already docketed in that court under Case No. 06-2667.

May 30, 2006

James Riley
Plaintiff/Appellant
Delaware Correctional Center
Smyrna, Delaware 19977

I/M James Riley
SBI# 169216  UNIT MHU, Bldg. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801