OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4952 |

www.ca3.uscourts.gov

June 12, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-2667**
    **Riley vs. Carroll**
    **D. C. No. 05-cv-00878**

Dear Mr. Dalleo:

    Receipt is acknowledged on 06/07/06, of notice of appeal filed with the district court on 06/05/06, in the above-captioned case.

    Since the notice of appeal filed on 06/05/06 merely amends the appeal already docketed at No. 06-2667, this notice will not be given a new number but will be placed in the file.

                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                            By:  Carmen M. Hernandez
                                 Case Manager

cc:
    Mr. James W. Riley
    Office of Attorney General of Delaware