APS-349

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-2667

JAMES RILEY

v.

THOMAS CARROLL, DAVID PIERCE,
ANTHONY RENDINA, CAPTAIN McCREA, JAMES WATKINS,
MICHAEL TRADER, TODD DRACE, and JOHN DOES, of the
Institutional Base Classification

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 05-00878)
District Judge: Honorable Gregory M. Sleet

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
September 28, 2006

BEFORE: SLOVITER, McKEE and FISHER, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. § 1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: October 12, 2006

Page 2

Riley vs. Carroll
06-2667

**Certified as a true copy and issued in lieu
of a formal mandate on 11/22/06**

Testee: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**